IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary No. A-01-771 (JKF) |
| v. | ) | |
| | ) | |
| MARGARET CHAKARIAN, *et al.* | ) | |
| and JOHN DOES 1-1000, | ) | |
| | ) | |
| Defendants. | ) | **Related to Docket No. 511** |

### MARYLAND CASUALTY COMPANY'S OBJECTION TO MOTION OF LIBBY CLAIMANTS FOR LEAVE TO APPEAL ORDER ENJOINING ACTIONS AGAINST BNSF [D.I. 511]

Maryland Casualty Company ("MCC") hereby **objects** to the *Motion of Libby Claimants for Leave to Appeal Order Enjoining Actions Against BNSF* ("Motion") as inconsistent with the law of this case as established by the Bankruptcy Court and the U.S. Court of Appeals for the Third Circuit in this Adversary Proceeding.

Dated: May 5, 2008
Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Jeffrey C. Wisler*
Jeffrey C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Counsel for Maryland Casualty Company

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 5, 2008 a copy of **Maryland Casualty Company's Objection to Motion of Libby Claimants for Leave to Appeal Order Enjoining Actions Against BNSF [D.I. 511]** was served as indicated on the following counsel.

**BY HAND DELIVERY**

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801

David Klauder, Esq.
United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Adam G. Landis, Esq.
Kerri Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite

Ian Connor Bifferato, Esq.
Garvan F. McDaniel, Esq.
Chad J. Toms, Esq.
Bifferato Gentilotti LLC
800 North King Street, 1st Floor
Wilmington, DE 19801

Francis A. Monaco, Jr., Esq.
Kevin J. Mangan, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, Young Jones
 & Weintraub
919 North Market Street, 17th Floor
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Edward B. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 Market Street
Wilmington, DE 19801

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Peter Van L. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, DC 20005

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena,
 Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Thomas A. Spratt, Jr., Esq.
Edward C. Toole, Jr., Esq.
Anne Marie Aaronson, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

John C. Phillips, Esq.
Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Carl J. Pernicone, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, N.W., Suite 300
Washington, DC 20007

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

Daniel M. Glosband, Esq.
Brian H. Mukherjee, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Elizabeth DeCristofaro, Esq.
Brian H. Mukherjee, Esq.
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza
New York, NY 10005-1875

Marc J. Phillips