IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| W.R. GRACE & CO., *et al.*, | |
| Plaintiffs, | Adversary No. A-01-771 |
| v. | Appeal No. 08-27 |
| MARGARET CHAKARIAN, *et al.*, and JOHN DOES 1-1000, | |
| Defendants. | |

## LIBBY CLAIMANTS' DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] pursuant to Fed. R. Bankr. P. 8006, designate the following items to be included in the record on appeal and submit the following statement of issues to be presented in connection with the Libby Claimants' appeal from the Memorandum Opinion and Order Expanding the Preliminary Injunction to Include Actions Against Burlington Northern and Sante Fe Railroad, by the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, entered on April 14, 2008 [Docket No. 498].

---

[1] As identified in the Verified Statement of Cohn Whitesell & Goldberg LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Main Case Docket No. 17337] filed in this case, as it may be amended and restated from time to time.

393.001-20308.doc

I. <u>DESIGNATION OF RECORD</u>

The Libby Claimants hereby designate the following items to be included in the record on appeal:

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE ||||
|---|---|---|---|
| Designated No. | Date of Filing | Docket No. | Description |
| 1 | 01/22/02 | Adv. Proc. 87 | Order Granting Modified Preliminary Injunction |
| 2 | 08/08/03 | Adv. Proc. 154 | Memorandum Opinion of District Court |
| 3 | 04/08/04 | Adv. Proc. 190 | Motion to Allow Motion for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions |
| 4 | 04/30/04 | Adv. Proc. 199 | Objection to Debtors' Response in Objection to Libby Claimants' Motion for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions |
| 5 | 05/14/04 | Adv. Proc. 201 | Exhibit Libby Claimants' Supplement to Motion for Relief from Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions |
| 6 | 05/14/04 | Adv. Proc. 202 | Motion for Leave to File Libby Claimants' Response to Objections to Motion for Relief from Automatic Stay and Preliminary Hearing to Take Perpetuation Depositions |
| 7 | 07/20/04 | Adv. Proc. 242 | Motion for Relief from Stay Libby Claimants' Motion for Relief From the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Shirley Taylor-Regjovich] |
| 8 | 07/20/04 | Adv. Proc. 243 | Motion for Relief from Stay Libby Claimants' Motion for Relief From the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Lois Shea] |
| 9 | 07/20/04 | Adv. Proc. 244 | Motion for Relief from Stay Libby Claimants' Motion for Relief From the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Dayton Hill] |
| 10 | 07/20/04 | Adv. Proc. 245 | Motion for Relief from Stay Libby Claimants' Motion for Relief From the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition [Rodney Erickson] |
| 11 | 08/06/04 | Adv. Proc. 256 | Response to Debtors' Response in Objection to Libby Claimants' Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions |

| | | | |
|---|---|---|---|
| 12 | 08/06/04 | Adv. Proc. 260 | Objection to Libby Claimants' Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions |
| 13 | 08/17/04 | Adv. Proc. 262 | Suggestion of Death Filed Libby Claimants |
| 14 | 08/19/04 | Adv. Proc. 263 | Motion for Leave to File Libby Claimants' Response to Objections to Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions |
| 15 | 08/20/04 | Adv. Proc. 265 | Order Authorizing Libby Claimants Leave to File Libby Claimants' Response to Objections to Motions for Relief From Automatic Stay and Preliminary Injunction to Take Perpetuation Depositions |
| 16 | 08/25/04 | Adv. Proc. 266 | Order Denying Libby Claimants' Motion for Relief From the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition |
| 17 | 08/25/04 | Adv. Proc. 267 | Order Denying Libby Claimants' Motion for Relief From the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition |
| 18 | 08/25/04 | Adv. Proc. 268 | Order Denying Libby Claimants' Motion for Relief From the Automatic Stay and Preliminary Injunction to Take Perpetuation Deposition |
| 19 | 10/12/04 | Adv. Proc. 298 | Memorandum Opinion Regarding Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company |
| 20 | 10/12/04 | Adv. Proc. 299 | Order Granting Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against Montana Vermiculite Company |
| 21 | 06/09/05 | Main Case 8582 | State of Montana's Motion for Relief from Stay |
| 22 | 06/28/05 | Main Case 8705 | Official Committee of Unsecured Creditors' Objection to the Motion of the State of Montana for Relief from Stay |
| 23 | 06/28/05 | Main Case 8707 | Official Committee of Asbestos Property Damage Claimants' Objection to the Motion of the State of Montana for Relief from Stay |
| 24 | 06/28/05 | Main Case 8708 | Debtors' Objection to the Motion of the State of Montana for Relief from Stay |
| 25 | 08/22/05 | Adv. Proc. 359 | Debtors' Motion to Expand their Preliminary Injunction to Include Actions Against the State of Montana |
| 26 | 08/22/05 | Adv. Proc. 360 | Debtors' Motion for Leave to Amend Complaint |
| 27 | 08/09/05 | Adv. Proc. 361 | Joinder of the Official Committee of Unsecured Creditors in Debtors' Motion to Expand their Preliminary Injunction to Include Actions Against the State of Montana |

| 28 | 10/05/05 | Adv. Proc. 362 | State of Montana's Response to Debtors' Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana |
|---|---|---|---|
| 29 | 10/07/05 | Adv. Proc. 363 | Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 30 | 10/07/05 | Adv. Proc. 364 | Limited Opposition of Libby Claimants to Debtors' Motion for Leave to Amend Complaint |
| 31 | 10/07/05 | Adv. Proc. 365 | Joinder of the Official Committee of Asbestos Personal Injury Claimants in the Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 32 | 10/14/05 | Adv. Proc. 367 | Debtors' Motion for Leave to File a Reply in Further Support of their Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana |
| 33 | 10/17/05 | Adv. Proc. 368 | Certification of Counsel filed by Libby Claimants |
| 34 | 12/22/05 | Adv. Proc. 372 | Order Granting Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against the State of Montana |
| 35 | 12/29/05 | Adv. Proc. 373 | Libby Claimants' Notice of Appeal |
| 36 | 01/10/06 | Adv. Proc. 375 | Certification of Counsel on Order Regarding Debtors' Motion to Expand its Preliminary Injunction to Include Actions Against the State of Montana |
| 37 | 01/17/06 | Adv. Proc. 376 | Order Regarding Debtors' Motion to Expand its Preliminary Injunction to Include Actions Against the State of Montana |
| 38 | 01/18/06 | Adv. Proc. 377 | Libby Claimants' Designation of Record and Statement of Issues on Appeal |
| 39 | 01/19/06 | Adv. Proc. 378 | Libby Claimants' Amendment to Notice of Appeal |
| 40 | 01/30/06 | Adv. Proc. 380 | Counter-Designation of State of Montana of Items to be Included in the Record on Appeal and Statement of Issues to Be Presented on Appeal |
| 41 | 01/30/06 | Adv. Proc. 381 | Debtors' Designation of Additional Items to be Included in the Record on Appeal |
| 42 | 01/30/06 | Adv. Proc. 382 | Debtors' Counter-Statement of Issues on Appeal |
| 43 | 01/30/06 | Adv. Proc. 383 | Debtor's Motion to Dismiss Appeal |
| 44 | 01/31/06 | Adv. Proc. 384 | Joinder of the State of Montana in Debtors' Motion to Dismiss Appeal |
| 45 | 02/13/06 | Adv. Proc. 387 | District Court Order Denying Motion to Suspend Briefing |

4

| | | | |
|---|---|---|---|
| 46 | 02/15/07 | Adv. Proc. 389 | Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 47 | 02/28/07 | Adv. Proc. 390 | Libby Claimants' Statement Concerning Motion of BNSF Concerning Preliminary Injunction |
| 48 | 03/16/07 | Adv. Proc. 391 | Continental Casualty Company's Objection to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 49 | 03/16/07 | Adv. Proc. 392 | Royal Indemnity Company's Objection to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 50 | 03/16/07 | Adv. Proc. 393 | Maryland Casualty Company's Objection to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |
| 51 | 03/16/07 | Adv. Proc. 394 | Debtors' Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 52 | 03/16/07 | Adv. Proc. 395 | Debtors' Motion for Leave to Further Amend Complaint |
| 53 | 03/22/07 | Adv. Proc. 396 | Order regarding Debtors' Response and Cross-Motion |
| 54 | 03/26/07 | Adv. Proc. 397 | Royal Indemnity Company's Response to Debtors' Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 55 | 03/26/07 | Adv. Proc. 398 | Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 56 | 04/03/07 | Adv. Proc. 401 | Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 57 | 04/04/07 | Adv. Proc. 403 | Notice of Service of Discovery of Libby Claimants' Request for Production of Documents Propounded on Debtors, Continental Casualty Company, Maryland Casualty Company and Royal Indemnity Company |
| 58 | 04/05/07 | Adv. Proc. 404 | Emergency Motion of Libby Claimants for Expedited Discovery |
| 59 | 04/06/07 | Adv. Proc. 405 | Objection of Continental Casualty Company to Emergency Motion of Libby Claimants for Expedited Discovery |

| | | | |
|---|---|---|---|
| 60 | 04/09/07 | Adv. Proc. 406 | Debtors' Objection to the Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 61 | 04/10/07 | Adv. Proc. 407 | Joinder and Response of the Official Committee of Asbestos Personal Injury Claimants to the (I) Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF and (II) Emergency Motion of Libby Claimants for Expedited Discovery |
| 62 | 04/10/07 | Adv. Proc. 408 | Royal Indemnity Company's Joinder in the Objections to the Libby Claimants' Emergency Motion Filed by the Debtors and Continental Casualty Company |
| 63 | 04/10/07 | Adv. Proc. 409 | Response of BNSF Railway Company to Emergency Motions of Libby Claimants for Expedited Discovery and to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 64 | 04/13/07 | Adv. Proc. 410 | Order Denying Emergency Motion of Libby Claimants to Reschedule Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 65 | 04/13/07 | Adv. Proc. 411 | Order Denying Emergency Motion of Libby Claimants for Expedited Discovery |
| 66 | 04/13/07 | Adv. Proc. 412 | BNSF Railway Company's Response to Debtors' Motion For Leave To Further Amend Complaint |
| 67 | 04/13/07 | Adv. Proc. 413 | BNSF Railway Company's Response to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 68 | 04/13/07 | Adv. Proc. 414 | Opposition of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 69 | 04/13/07 | Adv. Proc. 415 | Opposition of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion for Leave to Further Amend Complaint |
| 70 | 04/13/07 | Adv. Proc. 416 | Opposition of Libby Claimants to Debtors' Motion for Leave to Further Amend Complaint |
| 71 | 04/13/07 | Adv. Proc. 417 | Opposition of Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 72 | 04/13/07 | Adv. Proc. 418 | Libby Claimants' Motion in Limine |
| 73 | 04/16/07 | Adv. Proc. 419 | Memorandum Opinion Concerning Order Denying Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |

| 74 | 04/16/07 | Adv. Proc. 420 | Order Denying Debtors' Motion To Expand The Preliminary Injunction To Include Actions Against The State of Montana |
|---|---|---|---|
| 75 | 04/16/07 | Main Case 15197 | Memorandum Opinion Concerning Order Denying the State of Montana Relief from the Automatic Stay |
| 76 | 04/16/07 | Main Case 15198 | Order Denying the State of Montana for Relief from the Automatic Stay |
| 77 | 04/23/07 | Adv. Proc. 422 | Maryland Casualty Company's Reply in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 78 | 04/24/07 | Adv. Proc. 424 | Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against BNSF |
| 79 | 04/25/07 | Adv. Proc. 425 | Objection of Maryland Casualty Company to the Libby Claimants' Motion in Limine |
| 80 | 04/26/07 | Main Case 15390 | Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 81 | 04/26/07 | Main Case 15393 | Motion of State of Montana for Order Shortening Notice Regarding State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 82 | 04/26/07 | Adv. Proc. 426 | State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Debtors' Motion for Expansion of Preliminary Injunction Entered April 16, 2007 |
| 83 | 04/26/07 | Adv. Proc. 427 | Debtors' Motion to Alter and Amend the Court's Order Denying Its Request to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 84 | 04/27/07 | Adv. Proc. 429 | Order Striking Reply Filed by Maryland Casualty Company |
| 85 | 04/27/07 | Adv. Proc. 430 | Order Striking Libby Claimants' Motion in Limine |
| 86 | 04/27/07 | Adv. Proc. 431 | Order Granting Debtors' Motion for Leave to File a Reply |
| 87 | 04/27/07 | Adv. Proc. 432 | Debtors' Reply in Support of Their Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 88 | 04/27/07 | Adv. Proc. 433 | Continental Casualty Company's Motion for Leave to File Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) In Support of Expansion Motion |
| 89 | 04/30/07 | Adv. Proc. 435 | Maryland Casualty Company's Motion for Leave to File a Reply In Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |

| | | | |
|---|---|---|---|
| 90 | 05/01/07 | Adv. Proc. 438 | Motion of BNSF for Leave to File a Reply (I) In Further Support of Its Motion for Clarification of the Scope of the Preliminary Injunction, or In the Alternative, for Relief From the Preliminary Injunction and (II) In Further Opposition to the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 91 | 05/03/07 | Main Case 15491 | Order Granting the Motion to Shorten Notice with Respect to State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 92 | 05/04/07 | Adv. Proc. 439 | Maryland Casualty Company's Objection to Libby Claimants' Request for Production of Documents Propounded Upon Maryland Casualty Company |
| 93 | 05/09/07 | Adv. Proc. 440 | Continental Casualty Company's Objection to Libby Claimants' Request for Production of Documents Propounded on Continental Casualty Company |
| 94 | 05/10/07 | Adv. Proc. 441 | Royal Indemnity Company's Objection to Libby Claimants' Request for Production of Documents Propounded Upon Royal Indemnity Company |
| 95 | 05/14/07 | Adv. Proc. 442 | Libby Claimants' Objection to Motions Filed by Debtors and State of Montana to Reconsider Order Denying Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against the State of Montana |
| 96 | 05/14/07 | Adv. Proc. 443 | Opposition of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' and the State of Montana's Motions to Reconsider the Court's Decision Denying a Stay of Litigation Against Montana |
| 97 | 05/14/07 | Main Case 15647 | Debtors' Objection to the State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion for Relief from Automatic Stay |
| 98 | 05/16/07 | Adv. Proc. 444 | Order Denying Continental Casualty Company's Motion for Leave to File a Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) In Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 99 | 05/17/07 | Main Case 15679 | State of Montana's Motion for Leave to File Reply in Further Support of Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay |
| 100 | 05/22/07 | Main Case 15757 | Order Granting State of Montana's Motion for Leave to File Reply in Further Support of Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay |

393.001-20308.doc

| | | | |
|---|---|---|---|
| 101 | 05/24/07 | Main Case 15804 | State of Montana's Certification of Counsel on Order Regarding State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 102 | 05/25/07 | Main Case 15821 | Joinder of the Official Committee of Asbestos Personal Injury Claimants to Montana Plaintiff's Objection to Proposed Order Further Staying the State of Montana Litigation and Objection to Proposed Order Regarding State Of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana Relief from the Automatic Stay Entered April 16, 2007 |
| 103 | 05/25/07 | Adv. Proc. 446 | Certification of Debtors' Counsel on Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 104 | 05/25/07 | Main Case 15824<br><br>Adv. Proc. 447 | Montana Plaintiffs' Objection to Proposed Orders Staying the State of Montana and BNSF Litigation |
| 105 | 05/29/07 | Main Case 15876<br><br>Adv. Proc. 448 | Objection of the Official Committee of Asbestos Personal Injury Claimants to Certification of Debtors' Counsel on Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 106 | 05/30/07 | Adv. Proc. 449 | BNSF Railway Company's Certification of Counsel on Order Regarding the Motion of Burlington Northern Santa Fe Railway Company for Clarification of the Scope Of the Preliminary Injunction |
| 107 | 06/01/07 | Adv. Proc. 450 | Objection to Certification of Counsel Submitted by BNSF Railway Company Relating to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, Or in the Alternative, for Relief from the Preliminary Injunction |
| 108 | 06/06/07 | Adv. Proc. 453 | Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 109 | 06/06/07 | Main Case 15969 | Modified Order Regarding State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 |
| 110 | 06/12/07 | Adv. Proc. 457 | Order Granting Motion of BNSF Railway Company for Clarification of the Scope of Preliminary Injunction, or in the Alternative, for Relief from the Preliminary Injunction |

9

| 111 | 06/14/07 | Adv. Proc. 458 | Motion of the Official Committee of Asbestos Personal Injury Claimants to Alter and Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| --- | --- | --- | --- |
| 112 | 06/18/07 | Adv. Proc. 459 | Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 113 | 06/22/07 | Adv. Proc. 461 | BNSF Railway Company's Joinder in Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 114 | 07/06/07 | Adv. Proc. 462 | Limited Response of State of Montana to Libby Claimants' Motion to Alter or Amend the Court's Modified Order Regarding the Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 115 | 07/06/07 | Adv. Proc. 463 | Debtors' Consolidated Response to Motions to Alter and Amend the Court's Temporary Stay Order Regarding Actions Against BNSF and the State of Montana |
| 116 | 08/06/07 | Adv. Proc. 465 | Certification of Counsel Regarding Amended Order Regarding Motions To Expand The Preliminary Injunction |
| 117 | 08/29/07 | Adv. Proc. 466 | Amended Order Regarding Motions to Expand the Preliminary Injunction |
| 118 | 08/30/07 | Adv. Proc. 467 | Libby Claimants' Notice of Appeal |
| 119 | 01/24/08 | Adv. Proc. 474 | Memorandum and Order Dismissing Appeal Without Prejudice |
| 120 | 02/18/08 | Adv. Proc. 477 | Status Report |
| 121 | 02/26/08 | Adv. Proc. 478 | Letter from Daniel C. Cohn, Esq. to the Honorable Judith K. Fitzgerald re: Injunction Pleadings |
| 122 | 02/29/08 | Adv Proc 479 | Letter to Judge Fitzgerald re: Manville Opinion |
| 123 | 03/04/08 | Adv. Proc. 480 | Letter to Judge Fitzgerald re: Manville Opinion |
| 124 | 03/31/08 | Adv. Proc. 483 | Memorandum Opinion |
| 125 | 03/31/08 | Adv. Proc. 484 | Order Denying Motions to Reconsider |
| 126 | 04/01/08 | Adv. Proc. 485 | Memorandum Opinion |
| 127 | 04/09/08 | Adv. Proc. 486 | State of Montana's Motion for Stay Pending Appeal in the District Court of this Court's Order Denying the Montana's Motion for Reconsideration |

393.001-20308.doc

| | | | |
|---|---|---|---|
| 128 | 04/09/08 | Adv. Proc. 487 | Motion to Shorten Time and Expedited Consideration of State of Montana's Motion for Stay Pending Appeal in the District Court of this Court's Order Denying Montana's Motion for Reconsideration |
| 129 | 04/09/08 | Adv. Proc. 488 | Order (INTERIM) (I) Granting Motion for Expedited Hearing on State of Montana's Motion to Stay Pending Appeal and (II) Staying Actions Against State of Montana Pending Expedited Consideration of Its Motion for Stay Pending Appeal of This Court's Order Dated March 27, 2008 |
| 130 | 04/10/08 | Adv. Proc. 490 | Notice of Appeal filed by the State of Montana |
| 131 | 04/10/08 | Adv. Proc. 492 | Notice of Appeal filed by W.R. Grace |
| 132 | 04/11/08 | Adv. Proc. 495 | Motion for Leave to Appeal filed by W.R. Grace |
| 133 | 04/14/08 | Adv. Proc. 498 | Memorandum Opinion in Regards to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF |
| 134 | 04/14/08 | Adv. Proc. 499 | Objection to Motion To Stay Pending Appeal in the District Court of this Court's Order Denying Montana's Motion for Reconsideration |
| 135 | 04/21/08 | Adv. Proc. 505 | Opposition of Libby Claimants to Motion of W.R. Grace for Leave to Appeal Order Denying Injunction |
| 136 | 04/22/08 | Adv. Proc. 508 | Order (Memorandum) Granting Motion for Stay Pending Appeal |
| 137 | 04/24/08 | Adv. Proc. 509 | Notice of Appeal filed by Libby Claimants |
| 138 | 04/24/08 | Adv. Proc. 511 | Motion of Libby Claimants for Leave to Appeal Order Enjoining Actions Against BNSF |
| | | | **Transcripts** |
| 139 | 08/26/04 | Main Case 6266 | Transcript of August 23, 2004 Hearing |
| 140 | 01/03/06 | Main Case 11473 | Transcript of December 19, 2005 Hearing |
| 141 | 06/04/07 | Main Case 15948 | Transcript of May 21, 2007 Hearing |
| 142 | 07/31/07 | Main Case 16445 | Transcript of July 23, 2007 Hearing |

393.001-20308.doc

| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**  **Case No. 06-26** |
|---|---|---|---|
| Designated No. | Date of Filing | Docket No. | Description |
| 143 | 01/13/06 | 1 | Libby Claimants' Notice of Appeal |
| 144 | 01/19/06 | 3 | Designation of Record and Statement of Issues on Appeal |
| 145 | 01/20/06 | 4 | Amendment to Notice of Appeal |
| 146 | 02/02/06 | 5 | Brief of Libby Claimants |
| 147 | 02/01/06 | 7 | Counter-Designation of State of Montana of Items to be Included in the Record on Appeal and Statement of Issues to Be Presented on Appeal |
| 148 | 02/01/06 | 8 | Debtors' Designation of Additional Items to be Included in the Record on Appeal |
| 149 | 02/01/06 | 9 | Debtors' Motion to Dismiss Appeal |
| 150 | 02/01/06 | 10 | Joinder of the State of Montana in Debtors' Motion to Dismiss Appeal |
| 151 | 02/01/06 | 11 | Debtors' Counter-Statement of Issues on Appeal |
| 152 | 02/07/06 | 12 | Debtors' Motion to Suspend Briefing Schedule Pending Resolution of Motion to Dismiss |
| 153 | 02/07/06 | 13 | Debtors' Reply in Support of Motion to Dismiss Appeal |
| 154 | 02/07/06 | 14 | Debtors' Amended Motion to Suspend Briefing Schedule Pending Resolution of Motion to Dismiss |
| 155 | 02/09/06 | 15 | Libby Claimants' Response to Debtors' Motion to Dismiss Appeal |
| 156 | 02/10/06 | 16 | Debtors' Motion for Extension of Time |
| 157 | 02/10/06 | 17 | Debtors' Supplemental Brief in Support of Motion to Dismiss Appeal |
| 158 | 02/13/06 | 18 | Order Denying Motion to Stay Briefing Schedule |
| 159 | 02/13/06 | 19 | Joinder of the State of Montana in Debtors' Motion for Extension of Time |
| 160 | 02/15/06 | 20 | Order granting Debtors' Motion for Extension of Time |
| 161 | 03/03/06 | 21 | Brief of the State of Montana |
| 162 | 03/03/06 | 22 | Brief of Debtors |
| 163 | 03/10/06 | 23 | Reply Brief of Libby Claimants |
| 164 | 03/10/06 | 24 | Libby Claimants' Request for Oral Argument |
| 165 | 04/12/06 | 25 | Order Granting Request for Oral Argument |
| 166 | 05/11/06 | 26 | Memorandum and Order Dismissing Appeal and Remanding to Bankruptcy Court |
| 167 | 09/17/07 | 27 | Transcript of April 25, 2006 Hearing |

| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE** |
|---|---|---|---|

| Designated No. | Date of Filing | Docket No. | Description |
|---|---|---|---|
| | | | **Case No. 07-609** |
| 168 | 10/04/07 | 1 | Notice of Appeal |
| 169 | 10/25/07 | 6 | Appellant's Brief |
| 170 | 11/13/07 | 7 | Motion of W.R. Grace to Dismiss Appeal |
| 171 | 11/13/07 | 8 | Joinder of the State of Montana in Debtors' Motion to Dismiss Appeal |
| 172 | 11/13/07 | 9 | Answering Brief of the State of Montana |
| 173 | 11/13/07 | 10 | Appellees' Brief |
| 174 | 12/03/07 | 11 | Libby Claimants' Opposition to Motion of W.R. Grace to Dismiss Appeal |
| 175 | 12/03/07 | 12 | Appellants' Reply Brief |
| 176 | 12/07/07 | 13 | Answering Brief |
| 177 | 12/13/07 | 14 | Reply of W.R. Grace in Support of Motion to Dismiss Appeal |
| 178 | 1/22/08 | 15 | Memorandum and Order Dismissing Without Prejudice |

II.   STATEMENT OF ISSUES ON APPEAL

The Libby Claimants hereby submit the following statement of issues presented by this appeal:

1.   Did the Bankruptcy Court have subject matter jurisdiction to enjoin the Libby Claimants' pending litigation against a non-debtor party, BNSF Railway Company and its predecessors, the Great Northern Railway Company, the Burlington Northern Railway Company, and the Burlington Northern & Santa Fe Railway Company ("BNSF"), where the litigation asserts claims against BNSF for its own tortious conduct?

2.   Even if the Bankruptcy Court had subject matter jurisdiction to enjoin the litigation, did the Bankruptcy Court err in staying the Libby Claimants' pending litigation against BNSF based solely on BNSF's own tortious conduct without requiring Debtor W. R. Grace & Co., Inc. to establish grounds for entry of an injunction against independent third-party litigation under the stringent standards established by caselaw?

393.001-20308.doc

Dated: May 5, 2008
     Wilmington, Delaware

LANDIS RATH & COBB LLP

/s/ Kerri Mumford
_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE  19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com

- and -

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone:  (617) 951-2505
Facsimile:  (617) 951-0679

*Counsel for the Libby Claimants*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| W.R. GRACE & CO., *et al.*, | |
| Plaintiffs, | Adversary No. A-01-771<br>Appeal No. 08-27 |
| v. | |
| MARGARET CHAKARIAN, *et al.*, and JOHN DOES 1-1000, | |
| Defendants. | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

   Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 5th day of May, 2008, she caused a copy of the following:

**LIBBY CLAIMANTS' DESIGNATION OF RECORD
AND STATEMENT OF ISSUES ON APPEAL**

to be served upon the parties on the attached list via first class mail or in the manner as indicated.

_____
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 5th day of May, 2008.

_____
Notary Public

JOAN M. HOFMANN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec 15, 2008

393.001-20311.DOC

W.R. Grace & Co., *et al.* v. Margaret Chakarian, *et al.*,
and John Does 1-1000

Adv. Pro. No. 01-771
<u>Service List</u>

Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
(Debtors and Debtors in Possession)

David M. Bernick, P.C.
Janet S. Baer, Esq.
Lori Sinanyan, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(Counsel to W.R. Grace & Co., *et al.*)

<u>HAND DELIVERY</u>
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
(Counsel to Debtors and Debtors in Possession)

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
(Counsel to Official Committee of Unsecured Creditors)

<u>HAND DELIVERY</u>
Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
(Counsel to Official Committee of Unsecured Creditors)

<u>HAND DELIVERY</u>
Michael B. Joseph, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(Counsel to Official Committee of Asbestos Property Damage Claimants)

Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
(Counsel to Official Committee of Asbestos Property Damage Claimants)

<u>HAND DELIVERY</u>
Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)

**HAND DELIVERY**
Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street
Suite 2311
Wilmington, DE 19801
(United States Trustee)

**HAND DELIVERY**
Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel to Equity Committee)

Philip Bentley, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Counsel to Equity Committee)

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(Counsel to David T. Austern, Future Claimants' Representative)

Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, NW
Suite 300
Washington, DC 20007
(Counsel to David T. Austern, Future Claimants' Representative)

**HAND DELIVERY**
Edward B. Rosenthal, Esq.
Rosenthal, Monhait, & Goddess, P.A.
919 Market Street
Mellon Bank Center, Suite 1401
Wilmington, DE 19801
(Counsel to Continental Casualty Company)

Brian H. Mukherjee, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(Counsel to CNA Financial Corporation)

Elizabeth DeCristofaro, Esq.
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875
(Counsel to Continental Casualty Company)

**HAND DELIVERY**
Ian Connor Bifferato, Esq.
Garvan F. McDaniel, Esq.
Chad J. Toms, Esq.
Bifferato Gentilotti LLC
800 North King Street, First Floor
Wilmington, DE 19801
(Counsel to Royal Indemnity Company)

Carl J. Pernicone, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
(Counsel to Royal Indemnity Company)

Daniel C. Cohn, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
(Counsel to Libby Plaintiffs)

**HAND DELIVERY**
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
(Counsel to BNSF Railway Company)

Edward C. Toole, Jr., Esq.
Anne Marie Aaronson, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(Counsel to BNSF Railway Company)

**HAND DELIVERY**
Mark J. Phillips, Esq.
Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(Counsel to Maryland Casualty Company)

Edward J. Longosz, II, Esq.
Laura G. Stover, Esq.
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC 20006
(Counsel to Maryland Casualty Company)

**HAND DELIVERY**
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(Counsel to DIP Lender)

J. Douglas Bacon, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(Counsel to DIP Lender)

David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
(Counsel to National Medical Care, Inc.)

**HAND DELIVERY**
David E. Wilks, Esq.
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
(Counsel to Gamma Holding, NV)

**HAND DELIVERY**
Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Avenue
Wilmington, DE 19801
(Counsel to the Allen Plaintiffs)

Gary Smolker
Alice Smolker
4720 Lincoln Blvd., Suite 280
Marina del Rey, CA 90292-6977

**HAND DELIVERY**
Steven K. Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers LLP
919 Market St., Suite 1000
Wilmington, DE 19801
(Counsel to Carol Gerard)

Brian Parker, Esq.
36 South Charles Street
Charles Center South
Suite 2200
Baltimore, MD 21201
(Counsel to Carol Gerard)

**HAND DELIVERY**
Thomas D. Walsh, Esq.
McCarter & English, LLP
919 Market St., Suite 1800
Wilmington, DE 19801
(Counsel to James and Julie Holland)

Michael S. Etkin, Esq.
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, NJ 07068
(Counsel to Keri Evans)

David K. Foust, Esq.
3030 W. Grand Boulevard
10th Floor – Suite 200
Detroit, MI 48202
(Counsel to the State of Michigan, Department of Corrections)

**HAND DELIVERY**
Francis A. Monaco, Jr., Esq.
Kevin J. Mangan, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
(Counsel to the State of Montana)

**HAND DELIVERY**
Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(Counsel to The Chase Manhattan Bank)

**HAND DELIVERY**
Bernard G. Conaway, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
Wilmington, DE 19801
(Counsel to the Lanier Law Firm Asbestos Claimants)

**HAND DELIVERY**
Daniel B. Butz, Esq.
Gregory T. Donilon, Esq.
William H. Sudell, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(Counsel to The Scotts Co.)

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216
(Counsel to The Scotts Co.)

**HAND DELIVERY**
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite1200
Wilmington, DE 19801
(Counsel to ExxonMobile)

**HAND DELIVERY**
Ellen W. Slights
Assistant U.S. Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

Dale R. Cockrell, Esq.
Christensen, Moore, Cockrell, Cummings & Axelberg, P.C.
P.O. Box 7370
Kalispell, MT 59904
(Counsel to the State of Montana)