IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| W.R. GRACE & CO., et al., ) | |
| ) | |
| Plaintiffs, ) | Adversary No. A-01-771 (JKF) |
| v. ) | |
| ) | |
| MARGARET CHAKARIAN, et al. ) | |
| and JOHN DOES 1-1000, ) | |
| ) | |
| Defendants. ) | **Related to Docket Nos. 511 & 524** |

### MARYLAND CASUALTY COMPANY'S JOINDER
### IN OPPOSITION TO MOTION OF LIBBY CLAIMANTS FOR LEAVE
### TO APPEAL ORDER ENJOINING ACTIONS AGAINST BNSF

Maryland Casualty Company ("MCC") hereby **joins** the Debtors' *Opposition to Libby Claimants Motion for Leave to Appeal Order Enjoining Actions Against BNSF* [Adv. Docket No. 524].

Dated: May 6, 2008
Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Counsel for Maryland Casualty Company

#609364v1