IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

W. R. GRACE & CO., et al.,

| | |
|---|---|
| LIBBY CLAIMANTS, | 1:08-mc-00090-RLB |
| Appellants, | |
| | Bankruptcy Case No. 01-1139 |
| v. | Adversary Case No. 01-771 |
| | Appeal No. 08-27 |
| W. R. GRACE & CO., *et al.* | |
| | **Re: Docket No.: 4** |
| Appellees | |

**NOTICE OF WITHDRAWAL OF OPPOSITION OF W. R. GRACE & CO.
TO LIBBY CLAIMANTS' MOTION FOR LEAVE TO APPEAL
ORDER ENJOINING ACTIONS AGAINST BNSF**

The above captioned debtors and debtors in possession (the "Debtors") hereby withdraw the *Opposition of W. R. Grace & Co. to Libby Claimants' Motion for Leave to Appeal Order Enjoining Actions Against BNSF* (Docket No. 4).

Dated: May 16, 2008

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

- and -

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession